DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

8 DECEMBER 2016

| 367P16 | State v. Rahmil Ingram | 1. State's Motion for Temporary Stay (COA16-120) | 1. Allowed **10/05/2016** Dissolved **12/08/2016** |
|---|---|---|---|
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 368P16 | Azige, et al. v. Holy Trinity Ethiopian Orthodox Tewahdo Church, et al. | Defs' Motion to Withdraw and for Substitution of Counsel | Allowed **11/22/2016** **Ervin, J., recused** |
| 369P16 | Jacqueline Clark v. North Carolina Department of Public Safety | Respondent's PDR Under N.C.G.S. § 7A-31 (COA15-624) | Denied |
| 370P04-15 | State v. Anthony Leon Hoover | 1. Def's *Pro Se* Motion for Writ of Error | 1. Denied **10/07/2016** |
| | | 2. Def's *Pro Se* Petition for *Writ of Mandamus* (COAP15-913) | 2. Denied **10/07/2016** **Hudson, J., recused** |
| 371P16 | Linwood Wilson v. Joe Curtis | 1. Plt's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA16-194) | 1. Dismissed *ex mero motu* |
| | | 2. Plt's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Plt's *Pro Se* Amended PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 372A16 | State v. William Clifton Crabtree, Sr. | 1. Def's Notice of Appeal Based Upon a Dissent (COA15-1124) | 1. — |
| | | 2. Def's Notice of Appeal Based Upon a Constitutional Question | 2. — |
| | | 3. Def's PDR as to Additional Issues | 3. Denied |
| | | 4. State's Motion to Dismiss Appeal Based Upon a Constitutional Question | 4. Allowed |
| | | 5. State's Motion to Deem Motion to Dismiss Notice of Appeal Based Upon a Constitutional Question and Response to PDR Timely Filed | 5. Allowed |
| 373P16 | State v. Eric Alan Sanchez | Def's PDR Under N.C.G.S. § 7A-31 (COA16-249) | Denied |